1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Patrick E. Guevara, SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California   94588
   Telephone      (925) 460-3700
5  Facsimile       (925) 460-0969          *E-FILED - 7/16/08*

6  Attorneys for Plaintiff and Counter
   Defendant PUPGEAR CORPORATION
7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE DISTRICT OF NORTHERN CALIFORNIA
10
                           SAN JOSE DIVISION
11

12
   | | |
   |---|---|
   | PUPGEAR CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREVERLAWN, INC., a Florida corporation,<br><br>Defendant. | Case No.: C07-04188 RMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE** |
   | AND RELATED COUNTER CLAIMS | |

23  **TO:   THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT**
24          **OF CALIFORNIA**
25          Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), Plaintiff and Counter
26  Defendant   PUPGEAR   CORPORATION   and   Defendant   and   Counter   Claimant
27
                                                                                    1
28  NOTICE OF VOLUNTARY DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE
                                    C07-04188 RMW
                                        174613

FOREVERLAWN, INC. stipulate that the above captioned action and all related counter claims be and is hereby dismissed with prejudice, with each side bearing its own costs and attorneys fees.

SO STIPULATED:

Date:   June 11, 2008                             RANDICK O'DEA & TOOLIATOS, LLP


                                                  By:   _____/s/_____
                                                            Patrick E. Guevara

                                                  Attorneys for Plaintiff and Counter Defendant
                                                  PUPGEAR CORPORATION

Date:   June 11, 2008                             MOORE & ASSOCIATES


                                                  By:   _____/s/_____
                                                            G. Peter Norregard

                                                  Attorneys for Defendant and Counter Claimant
                                                  FOREVERLAWN, INC.


## ORDER

It is hereby ordered that Case Number C07-04188 RMW pending in the United States District Court for the Northern District of California, including all related counter claims, is dismissed with prejudice, the parties to bear their own costs and attorneys fees.


Date: ___7/16/08_____          *Ronald M. Whyte*_____
                                                  UNITED STATES DISTRICT JUDGE

---

NOTICE OF VOLUNTARY DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE
C07-04188 RMW
174613

2